AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| BRYAN EDWARD STURGIS | Case Number: 2:13CR20049-001 |
| | USM Number: 09908-046 |
| | James B. Pierce |
| | Defendant's Attorney |

**THE DEFENDANT:**

X plead guilty to violation of condition(s) _general and special_ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| General | Drug use | September 3, 2013 |
| Special | Failure to comply with drug testing | September 6, 2013 |
| Special | Failure to comply with mental health counseling | September 16, 2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-2314

Defendant's Date of Birth: xx-xx-1967

Defendant's Residence Address:

xxxxxxxxxxxxxxxxxxxxxxxxxx

Mena, AR 71953

Defendant's Mailing Address:

Same as above

October 9, 2013
Date of Imposition of Judgment

/S/ P. K. Holmes, III
Signature of Judge

Honorable P. K. Holmes, III, Chief United States District Judge
Name and Title of Judge

October 10, 2013
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

DEFENDANT:      BRYAN EDWARD STURGIS
CASE NUMBER:    2:13CR20049-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :  **Twelve (12) months with no term of supervised release to follow imprisonment.**

X  The court makes the following recommendations to the Bureau of Prisons:

The defendant participate in a drug treatment program while incarcerated in the Bureau of Prisons.

The defendant serve his term of imprisonment in Texarkana, Texas, or El Reno, Oklahoma.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL